IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------x
JAWED AHMAD,                                                 )
      Detainee,                                              )
      United States Air Base at                              )
      Bagram, Afghanistan;                                   )
                                                             )
ABDUL BAQI,                                                  )
      as the Next Friend of JAWED AHMAD,                     )
                                                             )    Case No : 1:08-cv-00952 (Friedman)
Petitioners/Plaintiffs,                                      )
v.                                                           )
                                                             )
GEORGE W. BUSH,                                              )
      President of the United States                         )    CERTIFICATION OF
      The White House                                        )    REPRESENTATION WITHOUT
      1600 Pennsylvania Ave., N.W.                           )    COMPENSATION
      Washington, D.C. 20500;                                )
                                                             )
ROBERT GATES,                                                )
      Secretary of Defense                                   )
      U.S. Department of Defense                             )
      1000 Defense Pentagon                                  )
      Washington, D.C. 20301-1000;                           )
                                                             )
JOHN DOE 1,                                                  )
      Custodian of Petitioner; and                           )
                                                             )
JOHN DOE 2,                                                  )
      Custodian of Petitioner,                               )
                                                             )
            Respondents/Defendants.                          )
                                                             )
Respondents are all sued in their official                   )
capacities.                                                  )
-------------------------------------------------------------x
```

Pursuant to L. Civ. R. 83.2(g), I certify that I am representing Petitioners in the case of Jawed Ahmed v. Bush et al. (Case No. 1:08-cv-00952) without compensation.

Dated: June 13, 2008

*Kathleen Kelly*
Kathleen Kelly (CA Bar No. 228571)
International Human Rights Clinic
Stanford Law School
559 Nathan Abbott Way
Stanford, CA, 94305
Tel. 650.721.5885
Fax 650.723.4426
Email: kkelly@law.stanford.edu