IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------x
JAWED AHMAD, )
    Detainee, )
    United States Air Base at )
    Bagram, Afghanistan; )
  )
ABDUL BAQI, )
    as the Next Friend of JAWED AHMAD, )
  )     1:08-cv-00952    (Friedman, Paul L.)
    Petitioners/Plaintiffs, )
v. )
  )     PROOF OF SERVICE
GEORGE W. BUSH, )
    President of the United States )
    The White House )
    1600 Pennsylvania Ave., N.W. )
    Washington, D.C. 20500; )
  )
ROBERT GATES, )
    Secretary of Defense )
    U.S. Department of Defense )
    1000 Defense Pentagon )
    Washington, D.C. 20301-1000; )
  )
JOHN DOE 1, )
    Custodian of Petitioner; and )
  )
JOHN DOE 2, )
    Custodian of Petitioner, )
  )
    Respondents/Defendants. )
  )
Respondents are all sued in their official )
capacities. )
----------------------------------------------------------------

# PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 years and not a party to this action. My business address is Stanford Law School, International Human Rights Clinic, Crown Quadrangle, 559 Nathan Abbott Way, Stanford, CA 94305-8610.

On **June 6, 2008**, I served the following document described as:

## PETITION FOR A WRIT OF HABEAS CORPUS

to the parties listed below and in the following manner described.

### BY U.S. MAIL

I am familiar with the office practice of Stanford Law School for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Stanford Law School personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Stanford Law School's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Stanford Law School for collecting and processing documents for mailing with the United States Postal Service:

> Michael B. Mukasey
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530-0001
>
> William Haynes
> General Counsel
> Department of Defense
> 1600 Defense Pentagon
> Washington, D.C. 20301-1600

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 6, 2008**, at Palo Alto, California.

_____
Huey-Chie "Esther" Ng